UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CATALINO MENDEZ, EDUARDO CHOCOJ and
ISRAEL RODRIGUEZ, Individually and on          Case No: 16-Civ-27469NGG)(RLM)
Behalf of All Others

                           Plaintiffs,

              -against-


MCSS REST CORP., AL-KEN CORP d/b/a CROSS
BAY DINER, MIKO ENTERPRISES. LLC d/b/a PARKVIEW
DINER, MICHAEL SIDERAKIS, CHRISTOS SIDERAKIS and
KONSTANTINOS SIKLAS, Jointly and Severally

                           Defendants.
-----------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL CIVIL RULE 1.4

MICHAEL SIDERAKIS declares as follows:

1.      I am an individual defendant and a principal of the corporate defendants in the

above-captioned matter, and as such am fully familiar with the statements contained herein.

2.      I respectfully submit this affidavit, pursuant to Local Civil Rule 1.4 of the United

States District Courts for the Southern and Eastern Districts of New York, in support of the

stipulation and order substituting Morrison-Tenenbaum for Arthur Forman Esq.as counsel of

record for defendants in the above-captioned action.

3.      I have requested that Morrison-Tenenbaum represent all the corporate defendants

(the "Corporate Defendants"), myself and Konsatantinos Siklas, and I have consented to the

withdrawal of Arthur Forman

4.      I respectfully submit that the substitution of counsel will not unnecessarily delay

this action or prejudice any party, and therefore respectfully request that the Court approve the

Stipulation and Order of Substitution of Counsel submitted herewith.

1

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        September 6, 2018

_____
MICHAEL SIDERAKIS, individually and
on behalf of the Corporate Defendants

Sworn to before me this 7ᵗʰ day of
September 2018

_____
Notary Public

**JOHN A. MITCHELL**
Notary Public, State of New York
No. 02MI6006696
Qualified in Queens County
Commission Expires January 4, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X
CATALINO MENDEZ, EDUARDO CHOCOJ and
ISRAEL RODRIGUEZ, Individually and on     Case No: 16-Civ-27469NGG)(RLM)
Behalf of All Others

Plaintiffs,

-against-

MCSS REST CORP., AL-KEN CORP d/b/a CROSS
BAY DINER, MIKO ENTERPRISES. LLC d/b/a PARKVIEW
DINER, MICHAEL SIDERAKIS, CHRISTOS SIDERAKIS and
KONSTANTINOS SIKLAS, Jointly and Severally

Defendants.
--------------------------------------------------------------------------X

<u>**DECLARATION PURSUANT TO LOCAL CIVIL RULE 1.4**</u>

Lawrence F. Morrison declares as follows:

     1.     I am an attorney admitted to practice before the courts of the State of New York and the United States District Court of the Eastern District of New York.  I am a partner with the law firm Morrison-Tenenbaum, PLLC ("Morrison-Tenenbaum").

     2.     I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the United States District Courts for the Southern and Eastern Districts of New York, in support of the stipulation and order substituting Morrison-Tenenbaum for Arthur Forman Esq., ("Forman ") as counsel of record for all defendants in the above-captioned action.

     3.     All defendants requested that Morrison Tenenbaum represent them in this action and have consented to the withdrawal of Forman.

     4.     I respectfully submit that the substitution of counsel will not unnecessarily delay this action or prejudice any party, and therefore respectfully request that the Court approve the Stipulation and Order of Substitution of Counsel submitted herewith.

1

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          September 6    , 2018

                                        **MORRISON-TENENBAUM PLLC**

                                        By:_____
                                            Lawrence F. Morrison, Esq.
                                            87 Walker Street, Floor 2
                                            New York, New York 10013
                                            Tel.: (212) 620-0938
                                            Fax: (646) 390-5095
                                            *Incoming Attorneys for Defendants*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
CATALINO MENDEZ, EDUARDO CHOCOJ and
ISRAEL RODRIGUEZ, Individually and on          Case No: 16-Civ-27469NGG)(RLM)
Behalf of All Others

                          Plaintiffs,

        -against-


MCSS REST CORP., AL-KEN CORP d/b/a CROSS
BAY DINER, MIKO ENTERPRISES. LLC d/b/a PARKVIEW
DINER, MICHAEL SIDERAKIS, CHRISTOS SIDERAKIS and
KONSTANTINOS SIKLAS, Jointly and Severally

                          Defendants.
------------------------------------------------------------------------X

### STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned and

pursuant to Local Civil Rule 1.4, that the law firm of Morrison-Tenenbaum PLLC hereby is

substituted in place of the law firm as counsel of record for all defendants in the above-captioned

action. A supporting affidavit is attached hereto pursuant to Local Civil Rule 1.4.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing and other filings in this

matter should be served upon the following incoming counsel:

**Lawrence F. Morrison, Esq.**
**MORRISON-TENENBAUM PLLC**
**87 Walker Street, Fl. 2**
**New York, NY 10013**
**Tel.: 212-620-0938**
**Fax: 646-998-1972**
**lmorrison@m-t-law.com**


[Signature page follows]

Dated: September 6, 2018

MORRISON-TENENBAUM PLLC

By: _____

Arthur Forman, Esq.
98-20 Metropolitan Avenue
Forest Hills NY 11375
Tel.: (718) 268-2616
*Outgoing Attorneys for Defendants*

Lawrence F. Morrison, Esq.
87 Walker Street, Fl. 2
New York, New York 10013
Tel.: 212-620-0938
*Incoming Attorneys for Defendants*

SO ORDERED

_____