# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW  M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

September 24, 2019

**VIA ECF**

Hon. Nicholas G. Garaufis
United States District Court Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    **Catalino Mendez, et al. v. MCSS Rest. Corp., et al. Case No. 16-CV-02746 (NGG) (RLM) ; LETTER MOTION TO WITHDRAW ON CONSENT**

Dear Judge Garaufis:

Our firm is counsel to all defendants in the above action. We respectfully submit this letter motion to be permitted to withdraw as counsel to two of the defendants – Miko Enterprises, LLC d/b/a Parkview Diner and Konstantinos Siklas. We will be remaining in the case as counsel to the other defendants that we have appeared on behalf of.

The defendants have now determined that they have differing interests and defense strategies and that it would be in the best interests of Miko Enterprises, LLC d/b/a Parkview Diner and Konstantinos Siklas to retain separate counsel. Those defendants have interviewed experienced counsel and will determine shortly whether they will engage the firm they interviewed or other counsel.

This request to withdraw is on consent of all parties.

Based upon the foregoing it is respectfully requested that the motion of Morrison Tenenbaum PLLC to withdraw be granted.

                                                                 Respectfully submitted,

                                                                 Lawrence Morrison, Esq.

CC:    Miko Enterprises, LLC d/b/a Parkview Diner and Konstantinos Siklas via email
           All counsel via ECF