UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CATALINO MENDEZ, EDUARDO CHOCOJ and
ISRAEL RODRIGUEZ, Individually and on
Behalf of All Others,
(NGG)(RLM)

Case No: 1:16-cv-2746

Plaintiffs,

-against-

MCSS REST. CORP., AL-KEN CORP d/b/a CROSS
BAY DINER, MIKO ENTERPRISES, LLC d/b/a
PARKVIEW DINER, MICHAEL SIDERAKIS,
CHRISTOS SIDERAKIS and KONSTANTINOS
SIKLAS, Jointly and Severally,

Defendants.
-----------------------------------------------------------------------X

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Munzer & Saunders, LLP hereby is substituted in place of the law firm of Morrison Tenenbaum PLLC as counsel for Konstantinos Siklas in the above-captioned action.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing and other filings in this matter should be served upon the following incoming counsel:

**Craig A. Saunders, Esq.
Munzer & Saunders, LLP
31 E. 32nd Street, Suite 905
New York, NY 10016
Tel.: 212-221-3978
craig@munzersaunders.com**

[Signature page follows]

Dated: November 25, 2019

Munzer & Saunders LLP

By: /s/
Craig A. Saunders, Esq.
31 E. 32nd Street, Ste 905
New York, NY 10016
Tel.: (212) 221 3978
*Incoming Attorneys for
Konstantinos Siklas*

MORRISON-TENENBAUM PLLC

By: /s/
Lawrence F. Morrison, Esq.
87 Walker Street, Fl. 2
New York, New York 10013
Tel.: 212-620-0938
*Outgoing Attorneys for
Konstantinos Siklas*

SO ORDERED

_____