# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

November 26, 2019

**VIA ECF**
Chief Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York (Brooklyn)
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Mendez et al. v. MCC Rest. Corp., MIKO Enterprises LLC et al.*
             **Case No. 1:16-cv-02746-NGG-RLM MOTION TO WITHDRAW**

Dear Judge Mann:

      I am pleased to report to your Honor that late yesterday I received an email from Mr. Siklas advising of his retention of Craig A. Saunders as substitute counsel in this matter.

      I have prepared and filed a substitution of counsel which Mr. Saunders signed this morning. A copy of which is annexed to this letter.

      I therefore respectfully request that Your Honor "So Order" the Stipulation and that the motion to withdraw as counsel be withdrawn and therefore the hearing scheduled for this afternoon be marked off calendar as my motion to withdraw is now moot.

      Thank you for your consideration of the foregoing.

                                                Respectfully submitted,

                                                Lawrence F. Morrison, Esq.
                                                Morrison Tenenbaum PLLC
                                                87 Walker Street, Floor 2
                                                New York, NY 10013
                                                T. (212) 620-0938
                                                F. (646) 390-5095

Enclosures
cc:     Plaintiffs' Counsel (VIA ECF)
Craig A. Saunders, Esq via Email

EXHIBIT A

M+T

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CATALINO MENDEZ, EDUARDO CHOCOJ and
ISRAEL RODRIGUEZ, Individually and on
Behalf of All Others,
(NGG)(RLM)

Case No: 1:16-cv-2746

Plaintiffs,

-against-

MCSS REST. CORP., AL-KEN CORP d/b/a CROSS
BAY DINER, MIKO ENTERPRISES, LLC d/b/a
PARKVIEW DINER, MICHAEL SIDERAKIS,
CHRISTOS SIDERAKIS and KONSTANTINOS
SIKLAS, Jointly and Severally,

Defendants.
-----------------------------------------------------------------X

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Munzer & Saunders, LLP hereby is substituted in place of the law firm of Morrison Tenenbaum PLLC as counsel for Konstantinos Siklas in the above-captioned action.

**PLEASE TAKE NOTICE** that all pleadings, notices of hearing and other filings in this matter should be served upon the following incoming counsel:

**Craig A. Saunders, Esq.**
**Munzer & Saunders, LLP**
**31 E. 32nd Street, Suite 905**
**New York, NY 10016**
**Tel.: 212-221-3978**
craig@munzersaunders.com

[Signature page follows]

Dated: November 25, 2019

Munzer & Saunders LLP

By: /s/
Craig A. Saunders, Esq.
31 E. 32nd Street, Ste 905
New York, NY 10016
Tel.: (212) 221 3978
*Incoming Attorneys for*
*Konstantinos Siklas*

MORRISON-TENENBAUM PLLC

By: /s/
Lawrence F. Morrison, Esq.
87 Walker Street, Fl. 2
New York, New York 10013
Tel.: 212-620-0938
*Outgoing Attorneys for*
*Konstantinos Siklas*

SO ORDERED