**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

December 14, 2020

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA CM/ECF**

Hon. Rachel P. Kovner
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Mendez, et al. v. MCSS Rest. Corp., et al.*
**Civil Action No. 16-cv-2746 (RPK)(RLM)**

Dear Judge Kovner:

    This firm represents Plaintiffs in the above-referenced action. We write to respectfully request a ninety (90) day extension of the current deadline of December 14, 2020 of Plaintiffs' time to file a motion to substitute the executor or other representative of Mr. Jimenez's estate as a party pursuant to F.R.C.P. 25(a). Defendants consent to this request. This is Plaintiffs' first request for an extension of this deadline.

    Plaintiffs have been in ongoing communication with the family of Mr. Jimenez. At this time, due to the limited operations of New York state court as well as personal matters of the family, they have been unable to obtain the necessary probate documents to effect a substitution of the parties.

    Plaintiffs do not expect that the extension of this deadline will impact any current deadlines in this matter or the pending motion for summary judgment.

    We appreciate Your Honor's attention to this matter. Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc: All counsel (via CM/ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com