

**PELTON GRAHAM** LLC

ADVOCATES FOR JUSTICE

November 8, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Mendez, et al. v. MCSS Rest. Corp., et al.*
Civil Action No. 16 Civ. 2746 (RPK) (RLM)

Dear Judge Mann:

This firm represents plaintiffs in the above-referenced action. We write to request an extension of the joint pretrial order deadlines set forth in Your Honor's September 30, 2021 Order of three (3) weeks from the parties' upcoming mediation. Defendants consent to this request. The parties previously requested an extension of these deadline to pursue mediation (Dkt. No. 112), which Your Honor granted on October 7, 2021.

The reason for this extension is that parties have scheduled a private mediation that will be held on December 20, 2021. Accordingly, we respectfully request that the Court adjourn the deadlines pertaining to the Joint Pretrial Order pending the upcoming mediation to the following dates:

Plaintiffs' portions of the Joint Pretrial Order (currently Nov. 18, 2021): January 10, 2022;
Defendants' portions of the Joint Pretrial Order (currently Dec. 2, 2021): January 24, 2022;
Filing of the combined Joint Pretrial Order (currently Dec. 9, 2021): January 31, 2022.

We appreciate Your Honor's attention to this matter. Please contact the undersigned at (212) 385-9700 should you have any questions regarding this submission.

Respectfully submitted,

*/s/ Brent E. Pelton*

Brent E. Pelton, Esq. of
PELTON GRAHAM LLC

cc: All counsel (via CM/ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com