**PELTON GRAHAM LLC**
Brent E. Pelton
Taylor B. Graham
111 Broadway, Suite 1503
New York, NY 10006
Telephone: (212) 385-9700
*Attorneys for Plaintiffs and*
*the Settlement Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CATALINO MENDEZ, EDUARDO CHOCOJ and ISRAEL RODRIGUEZ, Individually and on Behalf of All Others Similarly Situated,**<br><br>    **Plaintiffs,**<br><br>**-against-**<br><br>**MCSS REST. CORP., AL-KEN CORP. d/b/a CROSS BAY DINER, MIKO ENTERPRISES, LLC d/b/a PARKVIEW DINER, MICHAEL SIDERAKIS, CHRISTOS SIDERAKIS and KONSTANTINOS SIKLAS, Jointly and Severally,**<br><br>    **Defendants.** | **16 Civ. 2746 (RLM)** |

### NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF COUNSEL'S FEES AND COSTS

PLEASE TAKE NOTICE that, upon the annexed declaration of Brent E. Pelton, Esq., sworn to July 21, 2022, the exhibits annexed thereto, the annexed declaration of Snehal Indra, the exhibits annexed thereto, the accompanying memorandum of law in support of the Plaintiffs' motion for final approval of the class settlement agreement ("Motion for Final Approval"), and all the pleadings and proceedings heretofore had herein, the undersigned moves this Court, before the

Hon. Roanne L. Mann, United States Magistrate Judge, in the United States District Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order:

(1) granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement And Release;

(3) granting final approval of the FLSA settlement;

(4) granting service awards to the three (3) Named Plaintiffs in the amount of $5,000 each, for a total of $15,000, in recognition of the services they rendered on behalf of the class;

(5) awarding Class Counsel's attorneys' fees of one-third (1/3) of the Settlement Fund in the amount of $163,595.33 and reimbursement of litigation expenses in the amount of $ $14,214.01;

(6) awarding Settlement Administrator's estimated fees of $25,984.00; and

(7) granting any such other and further relief as the Court may deem just and proper.

For the Court's convenience, attached hereto as **Exhibit 1** please find Plaintiffs' [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND APPROVAL OF CLASS COUNSEL'S FEES AND COSTS.

Dated:  New York, New York
      July 21, 2022                        Respectfully submitted,

                                    **PELTON GRAHAM LLC**

                                    By: */s   Brent E. Pelton*
                                    Brent E. Pelton (BP 1055)
                                    Taylor B. Graham (TG 9607)
                                    111 Broadway, Suite 1503
                                    New York, New York 10006
                                    Telephone: (212) 385-9700
                                    Facsimile:  (212) 385-0800

*Attorneys for Plaintiffs, the FLSA Collective*
*and Classes*